United States v. Pena, 20 Mag 1111

A detention hearing will be held telephonically at 4pm. The government advises that the defendant will consent to participate by teleconferencing.

The Call-in number is 888 363 4749

Access Code 3667981

SO ORDERED

_____
P. Kevin Castel, U.S.D.J.
Part I

New York, NY
May 27, 2020