UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

        v.                                      20-MJ-1111 (CM)

**ORDER**

EVAN PENA,

        Defendant.
-----------------------------------------------------------X

McMahon, C.J.:

The Court will hear defendant's bail appeal in this matter on Monday, June 1, 2020, at 3:15 p.m.

To join the conference, the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendant's family members) and press are welcomed to dial in, but must remain silent.

June 1, 2020

*[signature: Colleen McMahon]*

Colleen McMahon
Chief Judge